**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ANDREW WELKER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-189 RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on movant's motion for extension of time to respond to the government's opposition to his application to file a successive motion to vacate, which is pending before the Court of Appeals for the Eighth Circuit. I do not have jurisdiction to grant the motion. So, I will deny it as moot and direct the Clerk to send it to the Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for extension of time [ECF No. 10] is **MOOT**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send a copy of the motion to the Court of Appeals.

Dated this 28th day of September, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE